UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>    -against-<br><br>MAPLEBEAR, INC., D/B/A INSTACART.COM;<br><br>     Defendant. | 2:21-cv-01785<br><br>[PROPOSED] ORDER |

GARY R. BROWN, United States District Judge:

  WHEREAS on Jun 21, 2021, the Parties notified the Court that they have reached an agreement in principle resolving all issues;

  IT IS HEREBY ORDERED THAT all previously scheduled conference and other deadlines are CANCELED.

  IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of the Court is respectfully directed to CLOSE the case.

  Within 60 days of this order, the parties may apply to reopen this case.  Any such application will be granted absent a showing of bad faith.

SO ORDERED:

/s/ Gary R. Brown_____, U.S.D.J.

Dated: New York, New York
   June 22 2021