**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

          Plaintiff,

   v.

MAPLEBEAR, INC d/b/a
INSTACART.COM

          Defendant.
-------------------------------------------------------- X

**FILED**
**CLERK**
10:32 am, Jul 27, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No. 2:21-cv-1785

**STIPULATION OF DISMISSAL**
  **WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Maplebear, Inc d/b/a Instacart.com. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: Forest Hills, New York
       July 26, 2021

**HOGUET NEWMAN REGAL &KENNEY, LLP**

By /s/Damian R. Cavaleri
   Damian R. Cavaleri
   One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Telephone: 212-689-8808

*Attorneys for Defendant*
*Maplebear, Inc., dba Instacart.com*

**SHALOM LAW, PLLC**

By /s/Jonathan Shalom
   Jonathan Shalom
   105-13 Metropolitan Avenue
   Forest Hills, NY 11375
   Telephone: (718) 971-9474

*Attorneys for Plaintiff*
*Michelle Tenzer-Fuchs*

Dated: 7/27/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.